UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAUN SINER

        Plaintiff,

                                    CASE NO. 14-CV-12578
v.                                   HONORABLE GEORGE CARAM STEEH

SCOTT GOINGS, STEVEN SCARPINO,
and JACKSON CITY POLICE
DEPARTMENT,

        Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION (DOC. 37), AND GRANTING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 20)

Pro se plaintiff, currently serving a prison sentence after pleading guilty to narcotics distribution charges, brought this 42 U.S.C. § 1983 action alleging excessive force and other constitutional violations of his rights under the Fourth, Sixth, and Fourteenth Amendments, arising out of his arrest and prosecution for the drug charges. An order of reference was entered referring all pretrial matters to the magistrate judge. All defendants, Jackson police officers Scott Goings and Steven Scarpino, and the Jackson City Police Department, filed a motion for summary judgment. On March 27, 2015, Magistrate Judge David Grand issued his report and recommendation, recommending that defendants' motion be granted. The magistrate judge specifically stated that any objections to his report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections have been filed and the time period for doing so has expired.

The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation, and adopts the result recommended therein. Accordingly, defendants' motion for summary judgment (Doc. 20) is GRANTED.

IT IS SO ORDERED.

Dated: April 23, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 23, 2015, by electronic and/or ordinary mail and also on Chaun Siner #861914, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811.

s/Barbara Radke
Deputy Clerk